RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE WANG, <br><br> Plaintiff, <br><br> v. <br><br> MELLANOX TECHNOLOGIES, LTD., IRWIN B. FEDERMAN, JON A. OLSON, GLENDA DORCHAK, AMAL M. JOHNSON, JACK R. LAZAR, UMESH PADVAL, DAVID PERLMUTTER, STEVE SANGHI, EYAL WALDMAN, GREGORY L. WATERS, <br><br> Defendants. | Case No. 5:19-cv-02429-LHK <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br><br> JUDGE:           Hon. Lucy H. Koh <br> COURTROOM:   8, 4th Floor |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice

DATED:  July 31, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   /s/ Rachele R. Byrd
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
GLORIA KUI MELWANI
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Counsel for Plaintiff*

MELLANOX: 25783